James BROWN, Plaintiff–Appellant,

v.

BYNUM, Lieutenant, Sussex II State Prison; Hogan, Ms. Sargeant, Sussex II State Prison, Defendants–Appellees.

No. 10–6538.

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2010.

Decided: Aug. 6, 2010.

James Brown, Appellant Pro Se. William W. Muse, Banci Enga Tewolde, Assistant Attorney Generals, Richmond, Virginia, for Appellees.

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Brown appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brown v. Bynum*, No. 3:08–cv–00129–RLW, 2010 WL 883765 (E.D.Va. Mar. 10, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*